**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALCATEL-LUCENT S.A., ET AL., <br><br> Defendants. | 6:15-CV-163-JDL <br> LEAD CASE <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In accordance with P.R. 4-3, the Parties submit this Joint Claim Construction and Prehearing statement.

**I.       P.R. 4-3(a) – Agreed Constructions**

At this point, the Parties have not reached agreement on the construction of terms that were identified in their respective P.R. 4–1 disclosures. The Parties will continue to work in an attempt to narrow the terms requiring construction.

**II.      P.R. 4-3(b) - Proposed Constructions for Disputed Terms and Supporting Evidence**

Plaintiffs' and Defendants' proposed constructions for disputed claim terms, and identification of intrinsic and extrinsic evidence as required by P.R. 4-3(b) are set forth in Exhibit A and Exhibit B, respectively.

**III.     P.R. 4-3(c) – Anticipated Length for Claim Construction Hearing**

The Parties anticipate the Claim Construction Hearing to last no more than 3 hours, with each side allowed 90 minutes to present their arguments.

**IV.     P.R. 4-3(d) – Witnesses the Parties Propose to Call at Claim Construction Hearing**

The Parties do not intend to call any witnesses at the Claim Construction Hearing.

### V. P.R. 4-3(e) – Other Issues

**Defendants' Position:**

Certain terms of the '012 patent have previously construed by the Court. *See, e.g.*, Case No. 6:13-cv-00880-JDL, Dkt. Nos. 92 & 99. Defendants understood the parties to be in agreement that each would like to preserve its right to appeal any of the prior construed terms without burdening the Court with requests in these cases to construe terms the Court has already considered. Defendants propose that the parties jointly submit an agreed motion to the Court requesting an order that incorporates by reference into the record the prior briefing and orders on claim construction for the '012 patent. Defendants reserve all rights to appeal the constructions of the prior-construed terms.

**Plaintiffs' Position:**

Plaintiffs disagree that any agreement was reached regarding the claim-construction rulings in the prior cases. On the contrary, in their P.R. 4-1 disclosures in this case, Defendants stated that they "may rely on the Court's constructions and analysis with respect to" the terms construed in the prior case. Thus, Defendants' P.R. 4-1 position was that they agreed with at least certain parts/aspects of the Court's constructions or analysis of the terms. Later, Defendants raised the issue of preserving the right to appeal the Court's constructions in the now-dismissed prior cases. Counsel for Plaintiffs indicated that some agreement might be achieved, but no further discussions were had, and certainly, no agreement was reached. Notably, however, there was no discussion whatsoever about the incorporation by reference of any prior briefing on claim construction, and it would be wholly inappropriate to allow Defendants to rely on any such briefing or evidence submitted in that case for purposes of claim construction here. Plaintiffs

remain open to reaching a narrowly tailored agreement regarding the Court's prior constructions, but to date, Defendants have not provided any draft agreement for Plaintiffs' consideration.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Richard L. Wynne, Jr.* <br> Richard W. Hoffmann <br>   hoffmann@reising.com <br><br> **REISING ETHINGTON PC** <br> 755 West Big Beaver Road, Suite 1850 <br> Troy, Michigan 48084 <br> 248.689.3500 <br> 248.689.4071 (facsimile) <br><br> Justin S. Cohen <br>   Texas Bar No. 24078356 <br>   justin.cohen@tklaw.com <br> Richard L. Wynne, Jr. <br>   Texas Bar No. 24003214 <br>   richard.wynne@tklaw.com <br><br> **THOMPSON & KNIGHT LLP** <br> 1722 Routh Street, Suite 1500 <br> Dallas, Texas 75201 <br> 214.969.1700 <br> 214.969.1751 (facsimile) <br><br> ATTORNEYS FOR PLAINTIFFS CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGY and CHRIMAR HOLDING COMPANY, LLC | /s/ *David H. Bluestone* <br> Brent A. Hawkins <br> David H. Bluestone <br> **McDERMOTT WILL & EMERY LLP** <br> 227 West Monroe Street <br> Chicago, IL 60606-5096 <br> Telephone:  (312) 372-2000 <br> Facsimile:  (312) 984-7700 <br> Email:  bhawkins@mwe.com <br> Email:  dbluestone@mwe.com <br><br> Michael E. Jones <br> State Bar No. 10929400 <br> mikejones@potterminton.com <br> Allen Gardner <br> State Bar No. 24043679 <br> allengardner@potterminton.com <br> **POTTER MINTON, P.C.** <br> 110 North College, Suite 500 <br> Tyler, Texas 75702 <br> Telephone:  (903) 597-8311 <br> Facsimile:  (903) 593-0846 <br><br> *Attorneys for Defendant AMX* |

/s/ Danny L. Williams
Danny L. Williams—LEAD ATTORNEY
State Bar No. 21518050
Email: danny@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
Email: cravey@wmalaw.com
Matthew R. Rodgers
State Bar No. 24041802
Email: mrodgers@wmalaw.com
Leisa Talbert Peschel
State Bar No. 24060414
Email: lpeschel@wmalaw.com
**WILLIAMS MORGAN, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Attorneys for Defendants-Counterclaimants Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings, Inc., & ALE USA INC.*


Michael E. Jones
State Bar No. 10929400
Email: mikejones@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendants-Counterclaimants Alcatel-Lucent USA Inc. & Alcatel-Lucent Holdings, Inc.*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via email on all counsel of record on December 17, 2015.

                                           */s/ Richard L. Wynne, Jr.*
                                           Richard L. Wynne, Jr.