**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | NO. 6:15cv163-JDL |
| | § | LEAD CASE |
| ALCATEL-LUCENT USA INC., ET AL. | § | PATENT CASE |
| | § | |
| Defendants. | § | |

## ORDER

The Court APPOINTS David Keyzer, 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762, to the position of technical advisor in this case with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.

**So ORDERED and SIGNED this 7th day of January, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1