# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ALCATEL-LUCENT USA INC.**, *et al.*, <br><br> Defendants. | **Case No. 6:15-CV-163-JRG-JDL** <br> **LEAD CONSOLIDATED CASE** |
| **CHRIMAR SYSTEMS, INC.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **AMX, LLC,** <br><br> Defendant. | **Case No. 6:15-CV-164-JRG-JDL** |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT'S STANDING ORDER REGARDING LETTER BRIEFS

In compliance with the Court's Docket Control Order and Standing Order Regarding Letter Briefs, Defendants Alcatel-Lucent USA, Inc., Alcatel-Lucent Holdings, Inc., ALE USA Inc., and AMX LLC file this Notice of Defendants' Letter Brief to the Court requesting leave to file a Motion for Summary Judgment of Indefiniteness. A copy of the letter is attached as Exhibit 1.

Dated: January 15, 2016

Respectfully submitted by,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
Email: mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
Email: allengardner@potterminton.com

**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings, Inc. and AMX LLC*

*/s/ Danny Williams, with permission by Michael E. Jones*
Danny L. Williams—LEAD ATTORNEY
State Bar No. 21518050
Email: danny@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
Email: cravey@wmalaw.com
Matthew R. Rodgers
State Bar No. 24041802
Email: mrodgers@wmalaw.com
Leisa Talbert Peschel
State Bar No. 24060414
Email: lpeschel@wmalaw.com
David Wooten
State Bar No. 24033477
Email: dwooten@wmalaw.com
**WILLIAMS MORGAN, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Attorneys for Defendants Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings, Inc., & Alcatel-Lucent Enterprise USA Inc.*

Brent A. Hawkins
bhawkins@mwe.com
David H. Bluestone
dbluestone@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Tel: 312-372-2000

Fax: 312-984-7700

Natalie A. Bennett
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Tel: 202-756-8000
Fax: 202-756-8087

*Attorneys for AMX LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was delivered by the Court's CM/ECF to all counsel of record on January 15, 2016.

*/s/ Michael E. Jones*