UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** § § | |
| **v.** § § | **Civil Action No. 6:15-cv-163 -JDL** |
| **ALCATEL-LUCENT USA, INC., et al.** § **(LEAD CASE)** § § | |

## ORDER

Before the Court is Defendants' letter brief request to file a motion for summary judgment as to indefiniteness. (Doc. No. 89-1.) Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company, LLC ("Chrimar") have filed a letter brief in response. (Doc. No. 94-1). Defendants have only specifically set forth a request to file a motion for summary judgment as to the following claim terms: (1) "at least one condition"; (2) "DC current"; and (3) "part of a detection protocol." Upon consideration, Defendants' letter brief request (Doc. No. 89-1) is **GRANTED** as to the three specific claim terms identified.

**So ORDERED and SIGNED this 1st day of February, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE