# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

```
CHRIMAR SYSTEMS, INC.,    )
ET AL.,                   )
      Plaintiffs,         )
                          )
vs.                       )   No. 6:13-CV-880-JDL
                          )
ALCATEL-LUCENT, INC.,     )
ET AL.,                   )
      Defendants.         )
                          )
CHRIMAR SYSTEMS, INC.,    )
ET AL.,                   )
      Plaintiffs,         )
                          )
vs.                       )   No. 6:13-CV-881-JDL
                          )
AMX, LLC,                 )
      Defendant.          )
                          )
CHRIMAR SYSTEMS, INC.,    )
ET AL.,                   )
      Plaintiffs,         )
                          )
vs.                       )   No. 6:13-CV-882-JDL
                          )
GRANDSTREAM NETWORKS,     )
INC.,                     )
      Defendant.          )
                          )
CHRIMAR SYSTEMS, INC.,    )
ET AL.,                   )
      Plaintiffs,         )
                          )
vs.                       )   No. 6:13-CV-883-JDL
                          )
SAMSUNG ELECTRONICS CO., )
ET AL.,                   )
      Defendants.         )
```

VIDEOTAPED DEPOSITION OF LESLIE ALAN BAXTER
TAKEN ON BEHALF OF THE DEFENDANT AMX, LLC
OCTOBER 22, 2014

I N D E X

WITNESSES

ALL WITNESSES PAGE

For Defendant AMX, LLC

LESLIE ALAN BAXTER

Examination by Mr. Bluestone 8

Examination by Mr. Krieger 172

Re-Examination by Mr. Bluestone 173

EXHIBITS

| NO. | | PAGE |
|---|---|---|
| Exhibit 1 | US Patent No. 8,155,012 | 10 |
| Exhibit 2 | October 20, 2014, Declaration | 52 |
| Exhibit 3 | August 11, 2014, Declaration | 63 |
| Exhibit 4 | 9/22/14 Declaration of Les Baxter | 110 |
| Exhibit 5 | Claims 31 and 67 | 116 |
| Exhibit 6 | US Patent No. 4,723,267 | 123 |
| Exhibit 7 | Figure from paragraph 77 | 126 |
| Exhibit 8 | Case No. 12-cv-623, Document 94, filed on July 25, 2014, Declaration of Les Baxter | 144 |
| Exhibit 9 | Modification of Figure 2 | 169 |

(Exhibits attached to transcript.)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

CHRIMAR SYSTEMS, INC., ET AL., Plaintiffs,
vs. — No. 6:13-CV-880-JDL
ALCATEL-LUCENT, INC., ET AL., Defendants.

CHRIMAR SYSTEMS, INC., ET AL., Plaintiffs,
vs. — No. 6:13-CV-881-JDL
AMX, LLC, Defendant.

CHRIMAR SYSTEMS, INC., ET AL., Plaintiffs,
vs. — No. 6:13-CV-882-JDL
GRANDSTREAM NETWORKS, INC., Defendant.

CHRIMAR SYSTEMS, INC., ET AL., Plaintiffs,
vs. — No. 6:13-CV-883-JDL
SAMSUNG ELECTRONICS CO., ET AL., Defendants.

VIDEOTAPED DEPOSITION OF WITNESS,

LESLIE ALAN BAXTER, produced, sworn and examined on the 22nd day of October, 2014, between the hours of

eight o'clock in the forenoon and six o'clock in the afternoon of that day, at the offices of The Simon Law Firm, 800 Market Street, St. Louis, Missouri, before Tara Schwake, a Certified Realtime Reporter and Notary Public within and for the State of Illinois, in a certain cause now pending in the United States District Court, Eastern District of Texas, Tyler Division, wherein Chrimar Systems, Inc., et al., are Plaintiffs and Alcatel-Lucent, Inc., et al., are Defendants; et cetera.

APPEARANCES

FOR THE PLAINTIFFS:

THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929
by: Mr. Timothy D. Krieger
tkrieger@simonlawpc.com

FOR THE DEFENDANT AMX, LLC:

McDERMOTT WILL & EMERY, LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
(312) 984-5484
by: Mr. David H. Bluestone
dbluestone@mwe.com

DUANE MORRIS, LLP
1075 Peachtree Street, NE, Suite 2000
Atlanta, Georgia 30309
(404) 253-6935
by: Mr. Matthew S. Yungwirth
(via telephone)
msyungwirth@duanemorris.com

FOR THE DEFENDANT ALCATEL-LUCENT, INC.:

WILLIAMS MORGAN, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
(713) 934-4096
by: Ms. Leisa Talbert Peschel, Ph.D.
lpeschel@wmalaw.com

FOR THE DEFENDANT SAMSUNG ELECTRONICS, CO.:

AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4465
by: Mr. Jin-Suk Park
(via telephone)
jspark@akingump.com

ALSO PRESENT:

Mr. John F. Austermann, III
President & CEO, CMS Technologies

Ms. Tara Schwake, CRR, RPR
Mr. John Niehaus, Videographer

A I don't know that I've ever seen anything like that.

Q Could it be done?

A I don't know offhand.

Q Okay. So let's take a company that's selling a product with an Ethernet connector. Does that Ethernet connector have an impedance across a path?

A Yes, in general there will be some paths that have some impedance across.

Q Okay. Is there ever going to be -- and we can use either definition of impedance, plaintiffs' or defendants', it doesn't matter to me, just please specify which one you want to use. Is there ever going to be an instance in which an Ethernet device with an Ethernet connector is not going to have an impedance across a path?

A No, I think there's always going to be some path with some impedance.

Q Okay. And just to clarify for the record, is that under your proposed construction, or defendants'?

A Certainly under ours.

Q Okay. Would you believe that's the case under defendants' as well? Or --

Let's go on to paragraph 66 through 78. And now we're talking about impedance within the path between the contacts of the Ethernet connector.

A Right.

Q And I'm going to refer to you paragraph 77. Would a person of ordinary skill in the art at the date of filing of the earliest patent application or the date of invention have already seen something similar to the schematic in paragraph 77?

MR. KRIEGER: Objection, form.

A Whether they would have seen this exact schematic or not, I don't know, but certainly you would be familiar with what the Ethernet connector is, what an impedance is, and what a path is.

So I think those are very familiar concepts to anyone of skill in the art at that time and since Ethernet, you know, twisted pairing had been around for some years, certainly they would have seen schematics that had connections across the contacts of a modular jack.

Q (BY MR. BLUESTONE) Okay. I'll show you what we'll mark as Exhibit 5.

(Exhibit 5 marked for identification

CERTIFICATE OF REPORTER

I, TARA SCHWAKE, a Registered Professional Reporter and Notary Public within and for the State of Illinois, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

_________________________

Notary Public in and for
The State of Illinois

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT NO: 1947492
CASE NAME: Chrimar Systems, Inc., et al. v. Alcatel-Lucent
DATE OF DEPOSITION: 10/22/2014
WITNESS' NAME: Leslie Alan Baxter

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_______________ ________________________
Date Leslie Alan Baxter

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this ______ day of_____________________, 20____.

___________________________________
Notary Public

___________________________________
Commission Expiration Date

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT NO: 1947492
CASE NAME: Chrimar Systems, Inc., et al. v. Alcatel-Lucent
DATE OF DEPOSITION: 10/22/2014
WITNESS' NAME: Leslie Alan Baxter

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

_______________ ________________________
Date Leslie Alan Baxter

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections in the appended Errata Sheet;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal this ______ day of_____________________, 20____.

___________________________________
Notary Public

___________________________________
Commission Expiration Date