# EXHIBIT 7

Job No. 2227976

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF TEXAS
 3                     TYLER DIVISION
 4                       ---oOo---
 5   CHRIMAR SYSTEMS, INC., et al.,        Case No.
 6            Plaintiffs,                  6:15-CV-163-JDL
 7   vs
 8   ALCATEL-LUCENT, INC., et al.,
 9            Defendants.
10   _____
11   CHRIMAR SYSTEMS, INC., et al.,        Case No.
12            Plaintiffs,                  6:15-CV-164-JDL
13   vs
14   AMX,
15            Defendant.
16   _____
17
18              DEPOSITION OF RICH SEIFERT
19                 Menlo Park, California
20               Tuesday, February 2, 2016
21                       Volume I
22
23   Reported by:
     THOMAS J. FRASIK
24   RPR, CSR No. 6961
     Job No:  2227976
25   Pages:  1 - 128
```

Page 1

Job No. 2227976

**Page 2**

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF TEXAS
 3                   TYLER DIVISION
 4                     ---oOo---
 5   CHRIMAR SYSTEMS, INC., et al.,    Case No.
 6        Plaintiffs,       6:15-CV-163-JDL
 7   vs
 8   ALCATEL-LUCENT, INC., et al.,
 9        Defendants.
10   _____
11   CHRIMAR SYSTEMS, INC., et al.,    Case No.
12        Plaintiffs,       6:15-CV-164-JDL
13   vs
14   AMX,
15        Defendant.
16   _____
17
18        Deposition of RICH SEIFERT, VOLUME I, at
19   275 Middlefield Road, Menlo Park, California, beginning
20   at 9:15 a.m., and ending at 1:00 p.m., on Tuesday,
21   February 2, 2016, before Thomas J. Frasik, Registered
22   Professional Reporter, Certified Shorthand Reporter
23   No. 6961.
24
25
```

**Page 3**

```
 1   Appearances of Counsel:
 2
 3
 4   For the Plaintiff Chrimar Systems, Inc.:
 5       THOMPSON & KNIGHT LLP
 6       BY:  RICHARD L. WYNNE, JR.
 7           Attorney At Law
 8       1722 Routh Street, Suite 1500
 9       Dallas, Texas  75201
10       214-969-1386
11       richard.wynne@tklaw.com
12
13
14   For the Defendants Alcatel-Lucent USA, Inc.,
15   Alcatel-Lucent Holdings, Inc.,
16   and ALE USA, Inc.:
17       WILLIAMS MORGAN P.C.
18       BY:  CHRIS CRAVEY
19           Attorney At Law
20       710 North Post Oak Road, Suite 350
21       Houston, Texas  77024
22       713-934-7000
23       cravey@wmlaw.com
24
25
```

**Page 4**

```
 1   Appearances, Continued:
 2
 3
 4   For the Defendant AMX:
 5       McDERMOTT WILL & EMERY LLP
 6       BY:  BRENT A. HAWKINS
 7           Attorney At Law
 8       227 West Monroe Street
 9       Chicago, Illinois  60606
10       312-984-7764
11       bhawkins@mwe.com
```

**Page 5**

```
 1              I N D E X
 2   RICH SEIFERT, VOLUME I         EXAMINATION
 3
 4       BY MR. WYNNE            7
 5       BY MR. CRAVEY         124
 6
 7
 8
 9
10   INSTRUCTIONS NOT TO ANSWER/REFUSALS TO ANSWER:
11
12           Page   Line
13            (None)
```

2 (Pages 2 - 5)

**Page 78**

1  Q. You have a discussion of "path coupled across"
2  beginning on page 32 of your declaration; right?
3  A. Right.
4  Q. And in paragraph 105, you state that "The plain
5  and ordinary meaning of 'path' as used in the claims is
6  the route or course over which the signal travels."
7  Right?
8  A. Right.
9  Q. So the path is a physical thing; right?
10  A. A path is a characteristic of a physical thing.
11  Q. What do you mean by that?
12  A. The path is the route taken by the signal and
13  that route goes through physical things.
14  ==Q. Okay. What does it mean to be "coupled" in the==
15  ==context of the patents-in-suit?==
16  ==A. I actually like Mr. Baxter's reference where he==
17  ==says it means to be able to get energy from one point to==
18  ==another.==
19  ==As I say in paragraph 107, a coupling or==
20  ==coupled circuit can be -- yes, you want to define it as==
21  ==allowing energy transfer between points along the path.==
22  ==I think that's a good use of -- that's a good sense of==
23  =="coupling" in the context of these claims.==
24  Q. Now, is a route that a DC signal travels, is
25  that a path?

**Page 79**

1  A. A DC signal can travel along a path.
2  Q. Okay. How about an AC signal; can it travel
3  along a path?
4  A. An AC signal can travel along an appropriate
5  path.
6  Q. All right. I've got a series of diagrams that
7  I'd like to show you. We'll go ahead and mark this as
8  Exhibit 10.
9     (Deposition Exhibit 10 was marked
10     for identification.)
11  BY MR. WYNNE:
12  Q. I thought I'd go ahead and premark these
13  diagrams rather than having you draw each of these.
14  A. Okay.
15  Q. So if you take a look at Exhibit 10, on page 1
16  of Exhibit 10, do you have an understanding of what I'm
17  trying to represent here?
18  A. It appears to be an outline of an RJ45 jack.
19  Q. And would you understand that the little lines
20  marked 1 through 8 would be representative of the
21  contacts of an RJ45 jack?
22  A. That's my understanding. I don't know if you
23  have the numbering -- if it's right to left or left to
24  right.
25  Q. I don't know either. I'm using the same one

**Page 80**

1  that Mr. Bluestone used in the deposition of Mr. Baxter.
2  A. I'd have to check a wiring sample to see what
3  the numbering is.
4  Q. Okay. I don't think it will matter for
5  purposes of our discussion today whether they're
6  labeled left to right or right to left.
7      If I could have you turn over to page 2 of
8  Exhibit 10? You see I've gone ahead and drawn a very
9  rudimentary circuit between contact 1 and contact 8, do
10  you see that?
11  A. Yes.
12  Q. And in-between contact 1 and contact 8, I've
13  included a resistor; right?
14  A. Yes.
15  Q. Does the diagram on figure 2 show a path
16  coupled across contacts 1 and 8?
17  A. Depends on the value of the resistor.
18  Q. In what way?
19  A. If the value of the resistor were high enough,
20  a person of ordinary skill would not consider that a
21  path coupled across.
22  Q. And why is that?
23  A. Because while there is, in theory, a resistance
24  and some current can flow through that path, it might be
25  infinitesimal in the context of how it's being used and

**Page 81**

1  would be ignored.
2  Q. For there to be a path, does current actually
3  have to be flowing?
4  A. In what context?
5  Q. In the context of a path coupled across.
6  A. In Claim 1 of the '107?
7  Q. Sure.
8  A. Okay. So in Claim 1 of the '107, we need a
9  path coupled across, and then '107 later requires
10  current to go through the path coupled across.
11  Q. That's your opinion. I'm talking about "path."
12  For there to be a path, does there have to be current
13  flowing?
14  A. No.
15  Q. Okay. So going back to page 2 of Exhibit 10,
16  regardless of whether any current is flowing, does
17  page 2 of the diagram, the diagram in page 2 disclose
18  a path coupled across contacts 1 and 8?
19  A. Again, if the resistor is so high that no
20  appreciable current could ever flow, one would not
21  consider that to be a path. If that was -- if the
22  resistor was a piece of high-grade foam/plastic, yeah,
23  it has a measurable resistance in the hundreds of
24  megaohms or thousands of megaohms or something like that
25  and you could legally draw it like this, but I don't

21 (Pages 78 - 81)

```
 1    Q.  Okay.  But a person of ordinary skill in the
 2  art would understand that protocol in the context of
 3  data communications means something; right?
 4    A.  Yes.
 5    Q.  Now, the patents-in-suit contain discussions
 6  about "detection," don't they?
 7    A.  Yes.  Yes, the patents discuss -- both the
 8  specification and the claims discuss detection.
 9    Q.  And the detection techniques that are discussed
10  are in the context of data communications through a
11  network; right?
12    A.  Sort of.  What the teaching of the patents
13  is, is the super position of a proprietary data
14  communication protocol, if you will, that is being
15  superimposed on top of an existing ethernet data
16  communication protocol or a physical media system that
17  is supporting an ethernet data communication protocol.
18    Q.  And it's that technique that is used for
19  detection; right?
20    A.  The technique taught in the patents is used to
21  detect certain characteristics of the remote module.
22    Q.  Okay.  Now, you have some opinions regarding a
23  claim term called "loop formed over," do you not?
24    A.  I'm sure I do.  Can you point me to where
25  you're looking?
                                                  Page 110

 1    Q.  Sure.  It begins on page 37 of your
 2  declaration.
 3    A.  All right.
 4    Q.  You see that?
 5    A.  Yes.
 6    Q.  And the term "loop formed over" appears only in
 7  the claims of the '760 Patent; right?
 8    A.  I believe that's correct, and I recite it here
 9  in paragraph 115.
10    Q.  And that's Claim 1 of the '760 Patent that
11  you're referring to?
12    A.  Right.
13    Q.  And, in particular, if we go down to the sixth
14  paragraph of the claim, it says "The piece of BASE-T
15  ethernet terminal equipment having at least one path to
16  draw different magnitudes of current flow from the at
17  least one DC supply through a loop formed over at least
18  one of the conductors of the first pair and at least one
19  of the conductors of the second pair."  Do you see that?
20    A.  Yes.
21    Q.  Okay.  What does "loop formed over" mean in the
22  context of the '760 Patent?
23    A.  I believe it means you've got a complete
24  circuit, you've got a loop, which is a circuit, in
25  Mr. Baxter's terms, a round trip path, I like those
                                                  Page 111

 1  terms.
 2    Q.  Okay.
 3    A.  So you've got a loop, a round trip path, a
 4  circuit that is -- that is formed through one conductor
 5  of one of your selected pairs, and at least one -- at
 6  least one conductor is from a first pair and at least
 7  one conductor a second pair.  So the circuit isn't
 8  within a single pair, but between at least one conductor
 9  of the first pair and at least one conductor of the
10  second pair, but it's a circuit, it's a round trip.
11    Q.  And what do you mean by a "circuit"?
12    A.  A round trip path through which current can
13  flow.  Current always flows from a source to a sync.
14  The circuit is the path from the source to the sync.
15    Q.  Okay.  Like we did before, I've gone ahead and
16  made some diagrams.  Let's go ahead and mark these
17  Exhibit 11; is that right?
18       THE REPORTER:  11.
19       (Deposition Exhibit 11 was marked
20       for identification.)
21  BY MR. WYNNE:
22    Q.  So on the first page of Exhibit 11, I have two
23  boxes.  One is labeled Central Module and the other is
24  labeled Remote Module.  Within the central module, a
25  battery is shown, within the remote module, a resistor
                                                  Page 112

 1  is shown, and there are lines connecting the two modules
 2  together.  Do you see that?
 3    A.  I see that.
 4    Q.  Do you have an understanding of what is
 5  represented by this diagram?
 6    A.  Again, assuming that the resistor is within
 7  some practical range.
 8    Q.  Okay.  All right.
 9       And if we say that this line that goes from the
10  central module to the remote module is a conductor, and
11  the line going from the remote module back to the
12  central module is another conductor, does figure 1
13  disclose a loop formed over those conductors?
14    A.  Figure 1 discloses a loop formed over those
15  conductors.  But the claim requires more than that.
16    Q.  I understand.  I'm asking about loop formed
17  over.
18    A.  Yes, there is a complete round trip circuit.
19    Q.  Right.  So it's a complete --
20    A.  For continuous DC, as shown.
21    Q.  Okay.  And that's the question.
22       Does loop formed over the conductor -- strike
23  that.
24       Page 1 of Exhibit 11 shows a complete circuit;
25  correct?
                                                  Page 113
```

## Page 126

1  a claim construction, I have to accept it.
2  Q. And when you say "accept it," what do you mean?
3  A. I have to use that construction in forming my
4  opinions.
5      MR. CRAVEY: No further questions.
6      MR. HAWKINS: No questions from me.
7      MR. WYNNE: Okay. Thank you.
8      (TIME NOTED: 12:58 p.m.)

## Page 127

1           ---o0o---
2
3      I, RICH SEIFERT, declare under penalty of
4  perjury, under the laws of the State of California, that
5  I have read the foregoing transcript, that I have made
6  any corrections as appear noted, in ink, initialed by
7  me, or attached hereto; that my testimony, as contained
8  herein, is true and correct.
9
10 EXECUTED ON _____, 2016, AT
11 _____,_____.
12
13     SIGNATURE OF THE WITNESS:
14
15
16     _____
17     RICH SEIFERT

## Page 128

1           DEPOSITION REPORTER'S CERTIFICATION
2
3      I, the undersigned, a California Certified
4  Shorthand Reporter, do hereby certify:
5      That the foregoing proceedings were taken
6  before me at the time and place herein set forth, at
7  which time the witness was administered the oath; that
8  the testimony of the witness and all objections made by
9  counsel at the time of the proceedings were recorded
10 stenographically by me, and were thereafter transcribed
11 under my direction; that the foregoing transcript
12 contains a full, true, and accurate record of all
13 proceedings.
14     I further certify that I am neither financially
15 interested in the action nor a relative or employee of
16 any attorney or party to this action.
17     IN WITNESS WHEREOF, I have this date subscribed
18 my name.
19 Dated: 2/16/16

23     *Thomas J. Frasik* (signature)
        THOMAS J. FRASIK, CSR No. 6961
24     VERITEXT LEGAL SOLUTIONS
        Firm Registration No. 571
25     Phone: 817-336-3042

## Page 129

1           CHANGES AND SIGNATURE
            TO THE ORAL DEPOSITION OF
2              RICH SEIFERT
            FEBRUARY 2, 2016
3
4  PAGE   LINE   CHANGE        REASON