**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ALCATEL-LUCENT USA INC.,** *et al.*,<br><br>Defendants. | **Case No. 6:15-CV-163-JRG-JDL** |
| **CHRIMAR SYSTEMS, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**AMX, LLC,**<br><br>Defendant. | **Case No. 6:15-CV-164-JRG-JDL** |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

Pursuant to P.R. 4-5(d) and the Court's Docket Control Orders, the Parties jointly file the Claim Construction Chart for U.S. Patent Nos. 8,155,012; 8,942,107; 8,902,760; and 9,019,838 attached hereto as Exhibit A. The disputed terms of each patent are listed in order of importance.

| | |
|---|---|
| Date: February 25, 2016 | Respectfully submitted, |

/s/ *Justin S. Cohen*
Richard W. Hoffmann
hoffmann@reising.com
**REISING ETHINGTON PC**
755 West Big Beaver Road, Suite 1850
Troy, Michigan 48084
248.689.3500
248.689.4071 (facsimile)
Justin S. Cohen
Texas Bar No. 24078356
justin.cohen@tklaw.com
Richard L. Wynne, Jr.
Texas Bar No. 24003214
richard.wynne@tklaw.com
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR PLAINTIFFS CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC

| | |
|---|---|
| Date: February 25, 2016 | Respectfully submitted, |

/s/ *Danny L. Williams*
Danny L. Williams—LEAD ATTORNEY
State Bar No. 21518050
Email: danny@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
Email: cravey@wmalaw.com
Matthew R. Rodgers
State Bar No. 24041802
Email: mrodgers@wmalaw.com
David K. Wooten
State Bar No. 24033477
Email: dwooten@wmalaw.com
Leisa Talbert Peschel
State Bar No. 24060414
Email: lpeschel@wmalaw.com
**WILLIAMS MORGAN, P.C.**
710 North Post Oak Road, Suite 350

2

Houston, Texas 77024
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Attorneys for Defendants-Counterclaimants Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings, Inc., & ALE USA INC.*

Michael E. Jones
State Bar No. 10929400
Email: mikejones@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendants-Counterclaimants Alcatel-Lucent USA Inc. & Alcatel-Lucent Holdings, Inc.*

Date: February 25, 2016

Respectfully submitted,

/s/ *Brent A. Hawkins*
Brent A. Hawkins
David H. Bluestone
**McDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: bhawkins@mwe.com
Email: dbluestone@mwe.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendant AMX*

3

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on February 25, 2016, in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                                             /s/ *Justin S. Cohen*
                                              Justin S. Cohen