## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** | § § | |
| **v.** | § § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** **(LEAD CASE)** | § § § | |

### ORDER

Before the Court is Plaintiffs' Motion to Strike a portion of Defendants' Claim Construction Brief. (Doc. No. 102.) The Court **ORDERS** an expedited response on this Motion to be filed no later than **March 3, 2016**.

So ORDERED and SIGNED this 29th day of February, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1