UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** § § | |
| **v.** § § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** § § | |
| **(LEAD CASE)** § § | |

## ORDER

Before the Court are Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company, LLC ("Chrimar") Motion to Strike (Doc. No. 102) and Defendants'[1] Motion for Entry of Prior Orders (Doc. No. 90). The Court heard argument on March 10, 2016, and ruled from the bench. As directed from the bench, the Court rules as follows:

- Plaintiffs' Motion to Strike (Doc. No. 102) is **DENIED**.

- Defendants' Motion for Entry of Prior Orders (Doc. No. 90) is **GRANTED** in so far as it requests entry of the Court's prior claim constructions and rulings on indefiniteness in the *Chrimar I* cases (*Chrimar Systems, Inc., et al. v. Alcatel-Lucent, Inc., et al.*, No. 6:13-CV-880, *Chrimar Systems, Inc., et al. v. AMX, LLC*, No. 6:13-CV-881.) Those will be the Court's the constructions and rulings as to those terms in the current case. Similarly, those constructions and rulings will be subject to appeal, should any party seek appeal on those rulings. As to entry of the entire prior record on those terms, the Court defers ruling at this time.

**So ORDERED and SIGNED this 10th day of March, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] Moving Defendants are Alcatel-Lucent USA, Inc., Alcatel-Lucent Holdings, Inc., Alcatel-Lucent Enterprise USA Inc., and AMX, LLC.

1