**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., ET AL.** | § | |
| | § | |
| v. | § | **CASE NO. 6:15cv163-JDL** |
| | § | **(LEAD CASE)** |
| **ALCATEL-LUCENT S.A., ET AL.** | § | |

## ORDER

The Court has received a bill representing services rendered and expenses incurred through March 10, 2016 by technical advisor, David Keyzer, El Dorado Hills, California. Upon review, the Court finds the total amount charged, $17,358.80 to be appropriate and ORDERS Plaintiffs to pay one half, $8,679.40, and Defendants, collectively, to pay one half, $8,679.40.

Payment should be made by April 15, 2016 to David Keyzer, Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762, Invoice Number 1140.

**So ORDERED and SIGNED this 16th day of March, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE