IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC <br><br>         Plaintiffs, <br><br> v. <br><br><br> ALCATEL-LUCENT USA INC., *et al.*, <br><br>         Defendants. | 6:15-CV-00163-JDL <br> LEAD CASE <br><br> JURY TRIAL DEMANDED <br><br> Judge John D. Love <br><br><br> 6:15-CV-00164-JDL <br> CONSOLIDATED CASE |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND ELECTIONS

Having considered the parties' Joint Motion for Leave to Amend Elections it is hereby

ORDERED that the Parties' Motion be GRANTED and leave be GRANTED for the Plaintiffs'

Amended Final Election of Claims and Defendants Amended Preliminary Election of prior art

both served on April 8, 2016.

**So ORDERED and SIGNED this 19th day of April, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE