# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 6:15-cv-163 -JDL** |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |
| **(LEAD CASE)** | § | |
| | § | |

## <u>ORDER</u>

On May 13, 2016, Defendants filed an emergency motion to compel production of Chrimar's California damages expert report and requested expedited briefing. (Doc. No. 159.) Accordingly, the Court **ORDERS** expedited briefing on this matter as follows:

- Chrimar shall file any response in opposition by May 20, 2016;

- Defendants shall file any reply by May 24, 2016;

- Chrimar shall file any sur-reply by May 27, 2016.

**So ORDERED and SIGNED this 16th day of May, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE