**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** § | |
| § | |
| v. § | |
| § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** § | |
| **(LEAD CASE)** § | |
| § | |

**ORDER**

Before the Court is Defendants' letter brief request to file a motion for summary judgment that the claims of U.S. Patent No. 8,155,012 ("the '012 Patent") are invalid pursuant to 35 U.S.C. §§ 102 and 103. (Doc. No. 150-1.)  Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company, LLC ("Chrimar") have filed a letter brief in response. (Doc. No. 167-1). Defendants fail to identify any prior art over which they claim the asserted claims of the '012 Patent are invalid.  Instead, Defendants' request appears to be based on a supposed admission from Chrimar regarding independent claim 31.  But whether there was an admission is disputed in the record by Chrimar.  Regardless, at a minimum, Defendants must at least identify the prior art over which they claim they have a valid argument regarding invalidity in order for the Court to entertain a such a motion.  Because Defendants have failed to do so here, their letter brief request (Doc. No. 150-1) is **DENIED**.

So ORDERED and SIGNED this 24th day of May, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE