**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** § § | |
| **v.** § § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** § **(LEAD CASE)** § § | |

## ORDER

Before the Court is Defendants' letter brief request to file a motion for summary judgment as to no willfulness. (Doc. No. 154-1.) Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company, LLC ("Chrimar") have filed a letter brief in response. (Doc. No. 171-1). Defendants' letter brief request (Doc. No. 154-1) is **DENIED**. The Court will make a legal determination as to the objective prong of willfulness at the close of evidence.

So ORDERED and SIGNED this 24th day of May, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE