UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** § | |
| § | |
| **v.** § | |
| § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** § | |
|  **(LEAD CASE)** § | |
| § | |

### ORDER

Before the Court are Defendants' letter brief requests to file a motion for summary judgment of invalidity for failing to claim patent-eligible subject matter (Doc. No. 151-1) and to file a *Daubert* motion to exclude the expert opinion testimony of Plaintiffs' damages expert (Doc. No. 153-1). Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company, LLC ("Chrimar") have filed a letter brief in response. (Doc. Nos. 169-1 and 170-1).  Upon consideration, Defendants' letter brief requests (Doc. Nos. 151-1 and 153-1) are **GRANTED**. Defendants are reminded of their total page limits for these motions set forth in Local Rule CV-7.

So ORDERED and SIGNED this 25th day of May, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE