# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |
| **(LEAD CASE)** | § | |
| | § | |

## ORDER

Before the Court is Defendants' letter brief request to file a motion to strike undisclosed expert opinions. (Doc. No. 152-1.) On May 23, 2016, Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company, LLC ("Chrimar") filed a letter brief in response. (Doc. No. 166-1). Defendants have not filed a letter brief in reply. The Court hereby **ORDERS** that Defendants file a reply letter brief by **June 9, 2016**.

So ORDERED and SIGNED this 3rd day of June, 2016.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE