IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., d/b/a CMS TECHNOLOGIES** and **CHRIMAR HOLDING COMPANY, LLC**<br><br>Plaintiffs,<br>V.<br><br>**ALCATEL-LUCENT USA INC.,** *et al.*,<br>Defendants. | 6:15-CV-00163-JDL<br>LEAD CASE |

### ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE DEPOSITIONS OUTSIDE OF THE EXPERT DISCOVERY DEADLINE

Before the Court is the parties' Joint Motion for Leave to Take Depositions Outside of the Expert Discovery Deadline. After consideration of same, the Court finds that said joint motion should be granted. The parties are hereby allowed to conduct the following expert depositions as scheduled outside of the June 10, 2016 expert discovery deadline:

| | |
|---|---|
| Rich Seifert Deposition in Menlo Park, CA | 6/11/2016 |
| Robert Mills Deposition in Los Angeles, CA | 6/14/2016 |
| Vijay Madisetti Deposition in Atlanta, GA | 6/14/2016 |
| Albert Petrick Deposition in Orlando, FL | 6/15/2016 |
| Vijay Madisetti Deposition in Atlanta, GA | 6/15/2016 |
| Vijay Madisetti Deposition in Atlanta, GA | 6/16/2016 |
| Christopher Bakewell Deposition in Houston, TX | 6/17/2016 |
| James Geier Deposition Chicago, Il | 6/21/2016 |
| Ian Crayford Deposition in Houston, TX | 6/23/2016 |
| Ian Crayford Deposition in Houston, TX | 6/24/2016 |

**So ORDERED and SIGNED this 9th day of June, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE