UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., et al, § § | |
| v.   § § | Civil Action No. 6:15-cv-163 -JDL |
| ALCATEL-LUCENT USA, INC., et al.  § § (LEAD CASE)  § § | |

### ORDER

Before the Court is Plaintiffs' letter brief request to exclude the opinions of Defendants' expert Steven Carlson. (Doc. No. 183.)  Defendants have filed a letter brief in response. (Doc. No. 188-1).  Having reviewed the briefing, the Court is of the opinion that Plaintiffs' challenges to Mr. Carlson's opinions do not raise reliability attacks under *Daubert*, but instead go to the weight of the evidence. Accordingly, Plaintiffs' letter brief request (Doc. No. 183) is **DENIED**.

So ORDERED and SIGNED this 14th day of June, 2016.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE