# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., ET AL.** § | |
| § | |
| v. § | **CASE NO. 6:15cv163-JDL** |
| § | |
| **ALCATEL-LUCENT S.A., ET AL.** § | |

## ORDER

The Court was notified that the parties to the above captioned case have resolved their disputes. Once a settlement is reached, the Court requires the parties to submit closing documents shortly thereafter. Accordingly, the Court **ORDERS** Plaintiffs Chrimar Systems, Inc., et al. and Defendants Alcatel-Lucent S.A., et al. to submit closing documents no later than **July 21, 2016.**

So ORDERED and SIGNED this 23rd day of June, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE