**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGIES AND CHRIMAR HOLDING COMPANY, LLC, <br><br> Plaintiffs, <br> v. <br><br> ALCATEL-LUCENT USA, INC., *et al.*, <br><br> Defendants. | 6:15-CV-163-JDL <br><br> LEAD CASE <br> PATENT CASE |

## JOINT MOTION TO DISMISS

Plaintiffs Chrimar Systems Inc. d/b/a CMS Technologies ("Chrimar") and Chrimar Holding Company, LLC ("Holding") and Defendants Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings, Inc. (collectively, "ALU") have resolved their disputes and hereby jointly move to dismiss all claims and counterclaims against each other in Case No. 6:15-CV-163 with prejudice, with each party to bear its own fees, costs, and expenses.

| Respectfully submitted, | Respectfully submitted, |
|---|---|

/s/ *Justin S. Cohen*
Richard W. Hoffmann
  hoffmann@reising.com

REISING ETHINGTON PC
755 West Big Beaver Road, Suite 1850
Troy, Michigan 48084
248.689.3500
248.689.4071 (facsimile)

Justin S. Cohen
  Texas State Bar No. 24078356
  Justin.Cohen@tklaw.com
Richard L. Wynne, Jr.
  Texas State Bar No. 24003214
  Richard.Wynne@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

ATTORNEYS FOR PLAINTIFFS
CHRIMAR SYSTEMS, INC. D/B/A CMS
TECHNOLOGIES AND CHRIMAR
HOLDING COMPANY, LLC

s/ *Danny L. Williams*
Danny L. Williams—LEAD ATTORNEY
State Bar No. 21518050
Email: danny@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
Email: cravey@wmalaw.com
David K. Wooten
State Bar No. 24033477
Email: dwooten@wmalaw.com
Leisa Talbert Peschel
State Bar No. 24060414
Email: lpeschel@wmalaw.com
**WILLIAMS MORGAN, P.C.**
710 North Post Oak Road, Suite 350
Houston, Texas 77024
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

ATTORNEYS FOR DEFENDANTS-
COUNTERCLAIMANTS ALCATEL-LUCENT USA
INC., ALCATEL-LUCENT HOLDINGS, INC.

Michael E. Jones
State Bar No. 10929400
Email: mikejones@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANTS-
COUNTERCLAIMANTS ALCATEL-LUCENT USA
INC. & ALCATEL-LUCENT HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on July 21, 2016, in compliance with Local Rule CV-5(a) and therefore has been served on all counsel who have consented to electronic service.

    /s/ *Justin S. Cohen*
    Justin S. Cohen