IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Chrimar Systems, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alcatel-Lucent S.A., *et al.*, <br><br> Defendants. | 6:15-CV-163-JDL <br> Lead Case <br><br> Patent Case <br><br> **Jury Trial Demanded** |
| v. AMX, LLC | 6:15-CV-164-JDL (Consolidated) |

### O<small>RDER</small> W<small>ITHDRAWING</small> D<small>KT</small>. N<small>O</small>. 245

Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company filed a motion to withdraw Dkt. No. 245, which is Plaintiffs' opposed motion to consolidate the above-styled actions against ALE USA Inc. (No. 6:15cv163) and AMX, LLC (No. 6:15cv164) for trial. Plaintiffs' Motion to withdraw Dkt. No. 245 is hereby GRANTED, and Dkt. No. 245 is hereby WITHDRAWN.

**So ORDERED and SIGNED this 12th day of August, 2016.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE