**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** § | |
| § | |
| **v.** § | |
| § | Civil Action No. 6:15-cv-163 -JDL |
| **ALCATEL-LUCENT USA, INC., et al.** § | |
| **(LEAD CASE)** § | |
| § | |

## TRIAL PLAN

The Court is in receipt of the parties' proposed trial plans (Doc. Nos. 257, 258, 259). The Court will have separate jury trials for Defendants AMX, LLC ("AMX") and Alcatel-Lucent Enterprise USA Inc. ("ALE"), with the first jury trial to begin with jury selection on October 3, 2016 at 9:00 A.M. before the Honorable John D. Love. The parties are ordered to meet and confer within **7 days** of the issuance of this Order to determine which trial should go first. The Court will conduct a jury trial as to each Defendant followed by a presentation of issues, if any, that need to be tried to the bench. The Court will take up further aspects of the trial plan at the pretrial conference on September 13, 2016.

So ORDERED and SIGNED this 30th day of August, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE