UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., et al, § § | |
| v. § § | Civil Action No. 6:15-cv-163 -JDL |
| ALCATEL-LUCENT USA, INC., et al. § (LEAD CASE) § § | |

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., CHRIMAR HOLDING COMPANY, LLC, § § § | CIVIL ACTION NO. 6:15-CV-00164-JDL |
| Plaintiffs, § § § | |
| v. § § | |
| AMX, LLC, § § § | |
| Defendant. | |

**ORDER**

On October 17, 2016, the Court held a second pretrial conference in cause number 6:15-cv-164. During the pretrial conference, the Court heard argument on the parties' pending motions and ruled accordingly:

- Plaintiffs' Renewed Motion for Summary Judgment as to AMX's IEEE defenses and counterclaims (6:15-cv-164, Doc. No. 25) is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Motion (Doc. No. 25) is **GRANTED** as to the defense of implied license and **DENIED** as to AMX's counterclaims of breach of contract and fraud.

- AMX's Renewed Motion for Summary Judgment of No Willful Infringement (6:15-cv-163, Doc. No. 353) is **GRANTED**.

- AMX's Second Renewed Motion to Strike the Expert Report of Robert Mills (6:15-cv-163, Doc. No. 355) is **DENIED**.

1

In addition, AMX's motions to expedite (6:15-cv-163, Doc. Nos. 354, 356) are **DENIED** as moot.

**So ORDERED and SIGNED this 17th day of October, 2016.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE