**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et. al.*, <br><br> Plaintiffs, <br> v. <br><br> ALCATEL-LUCENT S.A., *et al.* <br><br> Defendants. | 6:15-CV-163-JDL <br><br> LEAD CASE <br> PATENT CASE |
| v. AMX LLC | 6:15-CV-164-JDL (CONSOLIDATED) |

**<u>ORDER GRANTING JOINT MOTION TO WITHDRAW DKT. NO. 372</u>**

Having considered the Joint Motion to Withdraw Dkt. No. 372 filed by Plaintiffs Chrimar Systems Inc. d/b/a CMS Technologies ("Chrimar") and Chrimar Holding Company, LLC ("Holding") and Defendant AMX LLC ("AMX"), the Court is of the opinion the Motion should be, and hereby is, GRANTED. Dkt. No. 372 is hereby WITHDRAWN.

**So ORDERED and SIGNED this 10th day of November, 2016.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE