# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALCATEL-LUCENT ENTERPRISE, USA, INC., <br><br> Defendant. | 6:15-CV-163-JDL <br> LEAD CASE <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Chrimar respectfully requests that the Court enter Final Judgment in the form of the Proposed Final Judgment attached as Exhibit A to this Motion. Upon entry of the judgment, Chrimar will timely submit a bill of costs to the clerk (after submitting a proposed bill of costs to ALE's counsel) in accordance with Local Rule CV-54.

Dated: November 10, 2016

Respectfully submitted,

*/s/ Justin S. Cohen*
Richard W. Hoffmann
  hoffmann@reising.com

REISING ETHINGTON PC
755 West Big Beaver Road, Suite 1850
Troy, Michigan 48084
248.689.3500
248.689.4071 (facsimile)

Justin S. Cohen
  Texas Bar No. 24078356
  justin.cohen@tklaw.com
Richard L. Wynne, Jr.
  Texas Bar No. 24003214
  richard.wynne@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR PLAINTIFFS CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGY AND CHRIMAR HOLDING COMPANY, LLC

## CERTIFICATE OF CONFERENCE

On November 10, 2016, counsel for Chrimar contacted counsel for ALE to determine whether ALE opposes this motion. Counsel for ALE responded that ALE is opposed to the motion.

/s/ *Justin S. Cohen*
Justin S. Cohen

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on November 10, 2016, in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ *Justin S. Cohen*
Justin S. Cohen