**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC., et al.,** § | |
| § | |
| **v.** § | **Civil Action No. 6:15-cv-163-JDL** |
| § | |
| **ALCATEL-LUCENT ENTERPRISE,** § | |
| **USA, INC.,** § | |

## ORDER

Before the Court is Defendant Alcatel-Lucent Enterprise, USA, Inc.'s ("ALE") Motion to enter prior record on claim construction. (Doc. No. 375.) Plaintiffs do not oppose the motion, but request that the record be incorporated from Case No. 6:13-cv-880 to make the record less confusing on appeal. (Doc. No. 388.) ALE has not stated an objection to this approach. Accordingly, ALE's Motion (Doc. No. 375) is **GRANTED** and the Court hereby incorporates Docket Nos. 71, 73–74, 76, 78–79, 82–85, 87–88, 90–95, 99, and 102 from Case No. 6:13-cv-880, as well as the October 30, 2014 hearing transcript, into the record of this case.

**So ORDERED and SIGNED this 5th day of January, 2017.**

_JOHN D. LOVE_
UNITED STATES MAGISTRATE JUDGE