# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*, | § § § | |
| Plaintiff, | § § | 6:15–CV–163–JDL |
| v. | § § | PATENT CASE |
| ALCATEL-LUCENT S.A., *et al.*, | § § | JURY DEMAND |
| Defendant. | § § § | |

## DEFENDANT ALE USA INC.'S NOTICE OF APPEAL

Notice is hereby given that Defendant ALE USA Inc. (f/k/a Alcatel-Lucent Enterprise USA Inc.) in the above-named case hereby appeals the judgment dated February 27, 2017 (Dkt. No. 423), including all interlocutory decisions and orders subsidiary thereto or subsumed therein, to the United States Court of Appeals for the Federal Circuit.

18077209v.1

|  |  |
|---|---|
| Dated: March 28, 2017. | Respectfully submitted,<br><br> /s/ Danny Williams <br>Danny L. Williams – LEAD ATTORNEY<br>Texas Bar No. 21518050<br>Email: dwilliams@jw.com<br>Chris N. Cravey<br>Texas Bar No. 24034398<br>Email: ccravey@jw.com<br>Brian K. Buss<br>Texas Bar No. 00798089<br>Email: bbuss@jw.com<br>Kyung (Drew) Kim<br>Texas Bar No. 24007482<br>Email: dkim@jw.com<br>Leisa Talbert Peschel<br>Texas Bar No. 24060414<br>Email: lpeschel@jw.com<br>David K. Wooten<br>Texas Bar No. 24033477<br>Email: dwooten@jw.com<br>**JACKSON WALKER L.L.P.**<br>1401 McKinney St., Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Facsimile: (713) 752-4221<br><br>**ATTORNEYS FOR DEFENDANT – COUNTERCLAIMANT ALE USA INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed via the Court's ECF System on March 28, 2017, and therefore deemed service on all counsel of record as of that date.

 /s/Danny L. Williams