# United States Court of Appeals for the Federal Circuit

---

**CHRIMAR SYSTEMS, INC., DBA CMS TECHNOLOGIES, INC., CHRIMAR HOLDING COMPANY, LLC,**

*Plaintiffs-Appellees*

v.

**ALE USA INC., FKA ALCATEL-LUCENT ENTERPRISE USA, INC.,**

*Defendant-Appellant*

---

2018-2420

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:15-cv-00163-JDL, Judge John D. Love.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED & REMANDED FOR DISMISSAL**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>September 19, 2019</u> | <u>/s/ Peter R. Marksteiner</u><br>Peter R. Marksteiner<br>Clerk of Court |